82 F.3d 416
 Lynda Aldy, On Behalf of Charles Durwood Aldy, Janet Walker
v.
Valmet Paper Machinery, Globe Inc., Thornton Indust, Inc.,
Fenner Fluid Power, Fenner P L C, J.H. Fenner & Co. Ltd. v.
Valmet Oy v. Mary Ann Buggs Malone, Marcus T. Malone, Keith
T. Malone, Mia Shalette Malone (Two Cases)
 NO. 95-30295
 United States Court of Appeals,
Fifth Circuit.
 Mar 06, 1996
 W.D.La., 74
 F.3d 72
 
 1
 DENIALS OF REHEARING EN BANC.